# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LISA HEFLIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-16-1028-G |
| ) | |
| ANDREW SAUL, ) | |
| Commissioner of Social Security,[1] ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court on Plaintiff's motion for an extension of time, seeking authorization under Rule 60(b)(6) of the Federal Rules of the Civil Procedure to file a motion for attorney's fees under 42 U.S.C. § 406(b)(1). *See* Pl.'s Mot. (Doc. No. 28); J. (Doc. No. 25) (entered July 14, 2017); *McGraw v. Barnhart*, 450 F.3d 493, 505 (10th Cir. 2006). Plaintiff states that Defendant has no objection to the relief requested.

Plaintiff informs the Court that on January 20, 2020, the Social Security Administration issued a notice of award approving Plaintiff for benefits and awarding past-due benefits. *See* Pl.'s Mot. at 2. Plaintiff further informs the Court that her counsel has filed this Motion one day after receipt of the notice of award. *See id.*

The Court finds that "[s]ubstantial justice will be served by allowing counsel to seek § 406(b)(1) fees under the authority of Rule 60(b)(6)." *McGraw*, 450 F.3d at 505.

---

[1] The current Commissioner is hereby substituted as Defendant pursuant to Federal Rule of Civil Procedure 25(d).

Accordingly, Plaintiff's unopposed Motion (Doc. No. 28) is hereby GRANTED. Plaintiff's counsel shall file her motion for attorney's fees within 14 days of the issuance of this Order.

IT IS SO ORDERED this 31st day of January, 2020.

_____
CHARLES B. GOODWIN
United States District Judge